**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1989**

---

HARBISON STATION APARTMENTS,

Plaintiff - Appellee,

versus

DENISE CORDERO,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-97-1841-3-17BD)

---

Submitted:  December 18, 1997        Decided:  January 6, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Denise Cordero, Appellant Pro Se.  Charles Elford Carpenter, Jr.,
RICHARDSON, PLOWDEN, CARPENTER & ROBINSON, Columbia, South Caro-
lina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order remanding this case to the state court. A district court order remanding a case to the state court from which it was removed generally is not appealable. 28 U.S.C. § 1447(d) (1994); Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 342 (1976); Nutter v. Monongahela Power Co., 4 F.3d 319, 321 (4th Cir. 1993). Because none of the exceptions apply here, we dismiss the appeal from the remand order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED